IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYMOND SEMINO,

    Petitioner,

vs.                                            No. CV 19-0617 KG/JFR

RICHARD MARTINEZ, WARDEN, and
HECTOR BALDERAS, N.M. ATTORNEY GENERAL,

    Respondents.

## JUDGMENT

THIS MATTER is before the Court on the Motion for Equitable Tolling filed by Petitioner, Raymond Semino (Doc. 1) and the Court, having declined to recharacterize Petitioner's filing as a petition for writ of habeas corpus under 28 U.S.C. § 2254 and *Castro v. United States,* 540 U.S. 375 (2003),

IT IS ORDERED that JUDGMENT is entered and the Motion for Equitable Tolling filed by Petitioner, Raymond Semino (Doc. 1) is DISMISSED WITHOUT PREJUDICE, and a subsequent filing under 28 U.S.C. § 2254 by Petitioner Semino will not be subject to second or successive restrictions under 28 U.S.C. § 2244.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE